HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT, EUGENE J. RICH and WALTER M. HOLDSTEIN, Doing Business under the Firm Name and

Style of MAURICE A. RAPOPORT & COMPANY, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.